UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTA E. SIMMONS,<br><br>   Plaintiff,<br><br> v.<br><br>SANTA CRUZ COUNTY DEPARTMENT OF EDUCATION ET AL,<br><br>   Defendants.<br>_____ | Case No.: C- 07-4064 PVT<br><br>**ORDER SETTING DEADLINE FOR FILING CONSENT OR REQUEST FOR REASSIGNMENT** |

  On August 8, 2007, Plaintiff filed this Complaint and a Request to Proceed In Forma Pauperis. On October 11, 2007, Defendant filed a Motion to Dismiss. Judge Trumbull's Standing Order for Civil Practice requires that all parties file either consent to the jurisdiction of a magistrate judge or a request for reassignment to a district court judge no later than two weeks after the filing of any dispositive motion.

  Accordingly, It Is Hereby Ordered that the parties shall, no later than October 25, 2007, file either consent or request for reassignment. Enclosed with Plaintiff's service copy is a copy of both forms. Defendant can find these forms on the court's website at www.cand.uscourts.gov.

Dated: October 15, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1 | copies mailed on   10/15/07    to:

3 | Plaintiff

4 | Roberta Simmons
900 Capitola Avenue
5 | Apt #4
Capitola, CA 95010

/s/ Carolyn Frantz for
_____
CORINNE LEW
Courtroom Deputy