**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERTA SIMMONS,<br><br>       Plaintiff(s),<br><br>VS.<br><br>SANTA CRUZ COUNTY DEPT. OF EDUCATION,<br><br>       Defendant(s).<br>_____ | C 07-4064 PVT<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for November 13, 2007 before the Honorable Judge Patricia V. Trumbull has been continued to **November 26, 2007 @ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before November 19, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: October 19, 2007              RICHARD W. WIEKING,
                                                         Clerk of Court
                                                         /s/ Corinne Lew
                                                         _____
                                                         Corinne Lew
                                                         Deputy Clerk

Copies mailed to:

**Roberta Simmons**
900 Capitola Avenue
Apt #4
Capitola, CA 95010