1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                       NORTHERN DISTRICT OF CALIFORNIA
8
9                                              No. C07 04064 PVT
10         Plaintiff(s),                       **CONSENT TO PROCEED BEFORE A**
                                               **UNITED STATES MAGISTRATE JUDGE**
11    v.
12
13         Defendant(s).
14 _____/

15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21 Dated: 10/15/07
                                               _____
22                                             Signature
                                               Counsel for Defendant SCCOE
23                                             (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

## PROOF OF SERVICE BY MAIL

1  I, the undersigned, say:

2  I am now and at all times herein mentioned have been over the age of 18 years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 1960 The Alameda, Suite 210 San Jose, California, 95126-1493. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served copies of the attached **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** by placing said copies in envelopes addressed to:

Roberta Simmons                          Pro Se Plaintiff
900 Capitola Avenue, Apt. #4
Capitola, CA 95010

which envelopes were then sealed and, with postage fully prepaid thereon, were on October 19, 2007 placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California on the above-referenced date in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on October 19, 2007.

*/s/ Patricia Rahn*

Case Number: C07-04064-PVT
Case Name: Simmons v. Santa Cruz County Dept. of Education, et al.

{NDKY Main\2543\71588\POS\00100786.DOC}