UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Roberta E. Simmons

CASE NO. C-07-4064 PVT

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Santa Cruz County Department of Education, et. al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 26, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Matthew Tamel, Esq. | Santa Cruz County Office of Education | (408) 261-4245 | mtamel@ndkylaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                          _____
                                                          Attorney for Plaintiff

Dated: 10/23/07
                                                          _Matthew Vu_____
                                                          Attorney for Defendant

Rev 12.05