**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA E. SIMMONS, | No. C 07-04064 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| SANTA CRUZ COUNTY DEPARTMENT OF EDUCATION, ET AL, | |
| Defendant(s). | |

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Defendant's Motion to Dismiss Complaint or in the Alternative 12(E) Motion before Judge James has been set to be heard on **January 14, 2008 at 09:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: October 26, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:  _____/s/_____
Elizabeth Garcia
Courtroom Deputy