UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Simmons | No. C 07-04064 JW |
|         Plaintiff(s). | **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Santa Cruz County Department of Education | |
|         Defendants(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for November 26, 2007 at 10:00 AM, has been reset to **December 17, 2007 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management statement by December 7, 2007.

Dated: October 31, 2007

                                                        FOR THE COURT,

                                                        Richard W. Wieking, Clerk

                                                        by: _____/s/_____
                                                               Elizabeth Garcia
                                                                Courtroom Deputy