# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Roberta E. Simmons
900 Capitola Ave. #4
Capitola, CA. 95010
v.
Santa Cruz County Dept.
of Education, All Ten Districts and The
Special Education Directors

SUMMONS IN A CIVIL CASE

CASE NUMBER: C07 04064 J.W.

TO: (Name and address of defendant)

San Lorenzo Valley Unified School District
325 Marion Ave. -Ms. Sharon Smith.
Ben Lomond, CA. 95005
District Superintendent

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roberta E. Simmons
900 Capitola Ave., #4
Capitola, CA. 95010

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE NOV 1 3 2007

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Roberta E. Simmons
900 Capitola Ave. #4
Capitola, CA. 95010
     v.
Santa Cruz County Dept.
of Education, All Ten Districts and The
Special Education Directors

SUMMONS IN A CIVIL CASE

CASE NUMBER: C07 04064 J.W.

TO: (Name and address of defendant)

Soquel Union Elementary School District
Ms. Kathleen Howard, Supertendent
620 Monterey Ave.
Capitola, CA. 95010

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roberta E. Simmons
900 Capitola Ave., #4
Capitola, CA. 95010

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV 1 3 2007
DATE

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Roberta E. Simmons
900 Capitola Ave. #4
Capitola, CA. 95010
V.
Santa Cruz County Dept.
of Education, All Ten Districts and The
Special Education Directors

TO: (Name and address of defendant)

Pacific Elementary School, Ms. Sharon Smith
50 Ocean St.                District Superintendent
Davenport, CA. 95017

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 04064 J.W.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roberta E. Simmons
900 Capitola Ave., #4
Capitola, CA. 95010

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE NOV 1 3 2007

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK