# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Roberta E. Simmons
900 Capitola Ave. #4
Capitola, CA. 95010
v.
Santa Cruz County Dept.
of Education, All Ten Districts and The
Special Education Directors

SUMMONS IN A CIVIL CASE

CASE NUMBER: C07 04064 J.W.

TO: (Name and address of defendant)

North Santa Cruz SELPA
Director of Special Education, Dr. Eileen Bunch
809-H Bay Ave.
Capitola, CA. 95010

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roberta E. Simmons
900 Capitola Ave., #4
Capitola, CA. 95010

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE NOV - 5 2007

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK