**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Roberta Simmons, | NO. C 07-04064 JW |
|         Plaintiff, <br> v. | **ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| Santa Cruz County Dep't of Education, et al., | |
|         Defendants. <br> _____/ | |

Pursuant to 28 U.S.C. § 1915(a), Roberta Simmons ("Plaintiff") has filed an Application to Proceed in Forma Pauperis based on her declaration of poverty.

Title 28 U.S.C. Section 1915(a)(1) provides that "Any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor." Section 1915 further states that "such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915.

Although the Ninth Circuit has not directly addressed whether non-prisoners may bring suit in forma pauperis under the 1996 amendment to § 1915(a), other circuits have found that this right still exists. Floyd v. United States Postal Serv., 105 F.3d 274, 275-77 (6th Cir. 1997) (overruled on other grounds); Schagene v. U.S., 37 Fed. Cl. 661, 662 (Fed. Cl. 1997); see also Leonard v. Lacy,

88 F.3d 181, 183 (2d Cir. 1996). In addition, the Supreme Court has held that an in forma pauperis applicant need not be "absolutely destitute to enjoy the benefit of the statute." <u>Adkins v. E.I. Du Pont De Nemours & Co.</u>, 335 U.S. 331, 339 (1948). It is sufficient if an applicant provides an affidavit stating that because of her poverty, she cannot "pay or give security for the costs" of a suit. <u>Id.</u>

In this case, Plaintiff declared that she was previously employed with the State of California where she had a salary of $2,600 per month. She now receives $836 per month from a State of California Pension and $1060 per month in Social Security Retirement benefits. She also owns a 1993 Cadillac Seville, which is not financed. Plaintiff's total monthly expenses are approximately $1408 per month. This leaves over $400 of her income per month for discretionary spending. Based on Plaintiff's declaration, the Court finds that Plaintiff can "pay or give security for the costs" of a suit.

Accordingly, the Court DENIES Plaintiff's Application to Proceed in Forma Pauperis.

Dated: November 16, 2007

JAMES WARE  
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Matthew Joseph Tamel mtamel@ndkylaw.com

Roberta E. Simmons
900 Capitola Avenue #4
Capitola, Ca 95010

Dated:  November 16, 2007                                     Richard W. Wieking, Clerk

                                                              By:   /s/ JW Chambers
                                                                    Elizabeth Garcia
                                                                    Courtroom Deputy