IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Roberta Simmons, | No. C 07-04064 JW   JW |
|        Plaintiff, | **ORDER VACATING**<br>**CASE MANAGEMENT CONFERENCE** |
| v. | |
| Santa Cruz County<br>Department of Education, et al., | |
|        Defendant. | |

      A case management conference is currently scheduled for December 17, 2007. In light of the Defendants' pending motion to dismiss, the Court **VACATES** the conference. The Court shall reschedule the conference after it has ruled on Defendants' motion, if necessary.

      In the parties' joint case management statement, Defendants request that the Court include recently named parties in the motion to dismiss. (See Docket Item No. 20.) Defendants' are advised that any party wishing to join in an already filed motion must file a motion to join. See Civ. L. R. 7-11.

Dated: December 13, 2007

                                          JAMES WARE<br>                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Matthew Joseph Tamel mtamel@ndkylaw.com

Roberta E. Simmons
900 Capitola Avenue #4
Capitola, Ca 95010

**Dated:  December 13, 2007**                                **Richard W. Wieking, Clerk**

                                                            **By:    /s/ JW Chambers                              **
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California