MARK E. DAVIS – BAR NO. 79936
MATTHEW TAMEL – BAR NO. 229378
NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax:    408.244.7815

Attorneys for Defendant, SANTA CRUZ
COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA E. SIMMONS<br><br>Plaintiff,<br><br>vs.<br><br>SANTA CRUZ COUNTY DEPT. OF EDUCATION, AND ALL 10 DISTRICTS<br><br>Defendants. | No. C07 04064 PVT<br><br>DEFENDANTS "ALL 10 DISTRICTS"' ADMINISTRATIVE MOTION PURSUANT TO CIV. L. R. 7-11 FOR AN ORDER ALLOWING DISTRICT DEFENDANTS TO JOIN DEFENDANT SANTA CRUZ COUNTY OFFICE OF EDUCATION'S 12(B)(6) MOTION TO DISMISS COMPLAINT SCHEDULED TO BE HEARD ON JANUARY 14, 2008<br><br>Courtroom: 8<br>Judge:     Judge James Ware<br>Filing Date: December 18, 2007 |

TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that on December 18, 2007, defendants NORTH SANTA CRUZ SELPA, SCOTTS VALLEY UNIFIED SCHOOL DISTRICT, LIVE OAK SCHOOL DISTRICT, MOUNTAIN ELEMENTARY SCHOOL DISTRICT, SAN LORENZO VALLEY UNIFIED SCHOOL DISTRICT, SOQUEL UNION ELEMENTARY SCHOOL DISTRICT, SANTA CRUZ CITY SCHOOL DISTRICT, BONNY DOON UNION ELEMENTARY SCHOOL DISTRICT, and PAJARO VALLEY UNION SCHOOL DISTRICT, (Collectively,

-1-

"District Defendants") all governmental entities sued herein as "ALL TEN DISTRICTS" filed this Administrative Motion for an Order to Join which would allow the district defendants to join defendant Santa Cruz County Office of Education's 12(b)(6) Motion to Dismiss, currently set to be heard on January 14, 2008.

The grounds for this Motion to Join is that after defendant Santa Cruz County Office of Education ("SCCOE") timely filed its Rule 12(b)(6) motion, plaintiff *in pro per* served essentially the same complaint on each of the District defendants. The District defendants are represented by the same attorneys and intend to file the same Rule 12(b)(6) motion. In the interest of judicial economy and convenience for the litigants, it would make sense to allow the District defendants to join the same motion that is already scheduled to be heard on January 14, 2008.

PLEASE BE ADVISED that pursuant to Civil Local Rule 7-11, plaintiff in pro per's opposition to this motion must be filed no later than DECEMBER 21, 2007.

## DEFENDANT DISTRICTS' MOTION TO JOIN SCCOE'S RULE 12(B)(6) MOTION

### I
### PROCEDURAL HISTORY

On August 8, 2007, plaintiff *in pro per*'s ("Plaintiff") complaint was filed with the United States District Court, Northern District of California. This complaint was served on defendant Santa Cruz County Office of Education (SCCOE) on August 20, 2007. On October 11, 2007, SCCOE filed its Rule 12(b)(6) Motion to Dismiss plaintiff's complaint. On October 25, 2007, after the case had been reassigned to Judge Ware, SCCOE re-filed the Motion to Dismiss. The hearing on SCCOE's motion was continued on two separate occasions. Currently, SCCOE's motion is set to be heard on January 14, 2008.

On November 5, 2007 and November 13, 2007, summons were issued for the same complaint to be served on the District defendants. Thereafter, plaintiff sent, via certified mail, a copy of the complaint to each of the school districts listed in the notice above. These complaints were received by the various school districts between approximately

1  November 15, 2007, and December 6, 2007. The complaints were subsequently
2  forwarded to this office for handling.
3      The recently served complaints are essentially the same as the one served on
4  SCCOE. However, there is one nuance of the recently filed complaint which should be
5  brought to the Court's attention. The complaint served on SCCOE and the complaints
6  served on the school districts each bear the same file date of August 7, 2007. However,
7  the complaint served on the school districts has an additional page (Pg. 5) not included in
8  the complaint served on SCCOE. In any event, the allegations contained on the additional
9  page would not appear to affect the argument presented by SCCOE in its Motion to
10 Dismiss.

## II
## ARGUMENT

A. **As a Matter of Judicial Economy and Convenience for the Litigants, the District Defendants Should Be Allowed to Join the 12(b)(6) Motion Set to be Heard on January 14, 2008**

    As indicated above, after SCCOE filed its Rule 12(b)(6) Motion to Dismiss plaintiff's complaint and the current hearing date was set by the Court, plaintiff served essentially the same complaint on the ten District defendants listed in the notice above. The District defendants are represented by the same counsel as SCCOE and intend to file the same Rule 12(b)(6) Motion to Dismiss that is already on file. Specifically, the District defendants will argue, as SCCOE already has, that (1) plaintiff is not an attorney and cannot therefore not represent the rights of "36 Disabled Children"; (2) plaintiff does not have standing to pursue this claim since she cannot show she has been harmed in any way by the alleged conduct of the defendants; and (3) defendants cannot respond to the complaint without a more definite statement of the pleading. For the sake of judicial economy, it would make sense to join the District defendants to the Motion to Dismiss that is already on file and calendared to be heard on January 14, 2008.

///

-3-

1  Defendants are unaware how joining the District defendants to the current
2  motion will prejudice plaintiff in any way. Regardless of which entity defendant has
3  brought the motion, plaintiff will need to explain (1) how she can represent others in court
4  when she is not an attorney; (2) why she has standing to bring this claim when she is not
5  the party that has been injured by the defendants' alleged conduct; and (3) the extent to
6  which her complaint does not need to be amended to make a more definite statement of
7  her claims against all the defendants. Moreover, plaintiff, who lives in Capitola, California,
8  relayed to defendants' counsel on a prior occasion that she had intended to utilize a
9  Greyhound bus to travel to court for the recently vacated case management conference.
10 Thus, it would seem convenient for the litigants (particularly plaintiff) if the District
11 defendants were joined to the Motion to Dismiss and the motion was heard on one day.
12  For reasons unknown, plaintiff refused to stipulate to joining the District
13 defendants to the currently filed Motion to Dismiss. The Declaration of Matthew J. Tamel
14 In Support of the Motion to Join has therefore been filed concurrently with this Motion to
15 Join.

### III
### CONCLUSION

For these and the foregoing reasons, the District defendants respectfully request that they be allowed to join defendant SCCOE's Rule 12(b)(6) Motion to Dismiss which already on file and scheduled to be heard on January 14, 2008.

DATED:

NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

By ___*Matt Tamel*___
Matt Tamel, Attorneys for Defendants

-4-

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

I am now and at all times herein mentioned have been over the age of 18 years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 1960 The Alameda, Suite 210 San Jose, California, 95126-1493. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served copies of the attached **DEFENDANT "ALL 10 DISTRICTS" ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 7-11 FOR AN ORDER ALLOWING DISTRICT DEFENDANTS TO JOIN DEFENDANT SANTA CRUZ COUNTY OFFICE OF EDUCATION'S 12(B)(6) MOTION TO DISMISS COMPLAINT SCHEDULED TO BE HEARD ON JANUARY 14, 2008** by placing said copies in envelopes addressed to:

Roberta Simmons                                        Pro Se Plaintiff
900 Capitola Avenue, Apt. #4
Capitola, CA  95010

which envelopes were then sealed and, with postage fully prepaid thereon, were on December 18, 2007 placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California on the above-referenced date in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on December 18, 2007.

*/s/ Patricia Rahn*

Case Number:  C07-04064-PVT
Case Name:  Simmons v. Santa Cruz County Dept. of Education, et al.