1  MARK E. DAVIS – BAR NO. 79936
   MATTHEW TAMEL – BAR NO. 229378
2  NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
   1960 The Alameda, Suite 210
3  San Jose, CA 95126
   Phone: 408.244.2166
4  Fax:   408.244.7815

5

   Attorneys for Defendant, SANTA CRUZ
6  COUNTY OFFICE OF EDUCATION

7

8

9
                    UNITED STATES DISTRICT COURT
10

11                  NORTHERN DISTRICT OF CALIFORNIA

12
   ROBERTA E. SIMMONS              No. C07 04064 PVT
13
        Plaintiff,                 DECLARATION OF MATTHEW J. TAMEL IN
14                                 SUPPORT OF DEFENDANTS "ALL 10
   vs.                             DISTRICTS'" ADMINISTRATIVE MOTION
15                                 PURSUANT TO CIV. L. R. 7-11 FOR AN
   SANTA CRUZ COUNTY DEPT. OF      ORDER ALLOWING DISTRICT
16 EDUCATION, AND ALL 10 DISTRICTS DEFENDANTS TO JOIN DEFENDANT
                                   SANTA CRUZ COUNTY OFFICE OF
17      Defendants.                EDUCATION'S 12(B)(6) MOTION TO
                                   DISMISS
18
                                   Courtroom: 8
19                                 Judge:     Judge James Ware
                                   Filing Date: December 18, 2007
20
        I, MATTHEW J. TAMEL, declare that:
21
        1.     I am attorney at law duly licensed to practice before all courts in the State of
22
   California and am an associate in the firm of Needham, Davis, Kepner & Young LLP,
23
   attorneys of record for Santa Cruz County Office of Education ("SCCOE"), the North Santa
24
   Cruz SELPA, and the nine District defendants (collectively, "District Defendants").
25
        2.     At approximately 11:15 a.m. on December 18, 2007, I telephoned plaintiff *in*
26
   *pro per* Roberta Simmons to see whether she would be willing to stipulate to the District
27

-1-

defendants' Motion to Join defendant SCCOE's Motion to Dismiss. I believe I adequately explained to Ms. Simmons that the District defendants intended to file the exact same motion that was already on calendar for January 14, 2008, and that it would be more efficient for everyone involved if all the motions were heard on the same day. Nevertheless, Ms. Simmons refused to stipulate to the District defendants' motion to join SCCOE's Motion to Dismiss.

3.   To the extent (1) Ms. Simmons served essentially the same complaint on the District defendants as she filed on SCCOE; and (2) the District defendants intend to file the exact same 12(b)(6) motion in response to the recently served complaints, it make sense to have all of the defendants heard in one hearing. I believe joining the District defendants to the Motion to Dismiss that is already on file will serve judicial economy as well as convenience for the litigants.

4.   I do not believe Ms. Simmons will be prejudiced in any way by the joinder of the District defendants to SCCOE's motion. Specifically, Ms. Simmons would only need to prepare one opposition motion and would only need to appear in Court once on this issue. This last point is particularly apt since Ms. Simmons lives in Capitola, California and relayed to me in a previous telephone conversation that she intended to utilize a Greyhound bus to travel to the recently vacated case management conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and if called as a witness could competently testify thereto.

Executed on ___18th___ of December, 2007, in San Jose, California.

_____
Matthew J. Tamel

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

I am now and at all times herein mentioned have been over the age of 18 years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 1960 The Alameda, Suite 210 San Jose, California, 95126-1493. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served copies of the attached **DECLARATION OF MATTHEW TAMEL IN SUPPORT OF DEFENDANT "ALL 10 DISTRICTS" ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 7-11 FOR AN ORDER ALLOWING DISTRICT DEFENDANTS TO JOIN DEFENDANT SANTA CRUZ COUNTY OFFICE OF EDUCATION'S 12(B)(6) MOTION TO DISMISS COMPLAINT SCHEDULED TO BE HEARD ON JANUARY 14, 2008** by placing said copies in envelopes addressed to:

Roberta Simmons                                         Pro Se Plaintiff
900 Capitola Avenue, Apt. #4
Capitola, CA  95010

which envelopes were then sealed and, with postage fully prepaid thereon, were on December 18, 2007 placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California on the above-referenced date in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on December 18, 2007.

Patricia Rahn

Case Number:  C07-04064-PVT
Case Name:  Simmons v. Santa Cruz County Dept. of Education, et al.

{NDKY Main\2543\71588\POS\00100786.DOC}