MARK E. DAVIS – BAR NO. 79936
MATTHEW TAMEL – BAR NO. 229378
NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax:    408.244.7815

Attorneys for Defendant, SANTA CRUZ
COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERTA E. SIMMONS<br><br>Plaintiff,<br><br>vs.<br><br>SANTA CRUZ COUNTY DEPT. OF EDUCATION, AND ALL 10 DISTRICTS<br><br>Defendants. | No. C07 04064 PVT<br><br>**DECLARATION OF MATTHEW J. TAMEL IN SUPPORT OF DEFENDANTS "ALL 10 DISTRICTS'" ADMINISTRATIVE MOTION PURSUANT TO CIV. L. R. 7-11 FOR AN ORDER ALLOWING DISTRICT DEFENDANTS TO JOIN DEFENDANT SANTA CRUZ COUNTY OFFICE OF EDUCATION'S 12(B)(6) MOTION TO DISMISS**<br><br>Courtroom: 8<br>Judge:      Judge James Ware<br>Filing Date: December 18, 2007 |
|---|---|

I, MATTHEW J. TAMEL, declare that:

1.  I am attorney at law duly licensed to practice before all courts in the State of California and am an associate in the firm of Needham, Davis, Kepner & Young LLP, attorneys of record for Santa Cruz County Office of Education ("SCCOE"), the North Santa Cruz SELPA, and the nine District defendants (collectively, "District Defendants").

2.  At approximately 11:15 a.m. on December 18, 2007, I telephoned plaintiff *in pro per* Roberta Simmons to see whether she would be willing to stipulate to the District

-1-

defendants' Motion to Join defendant SCCOE's Motion to Dismiss. I believe I adequately explained to Ms. Simmons that the District defendants intended to file the exact same motion that was already on calendar for January 14, 2008, and that it would be more efficient for everyone involved if all the motions were heard on the same day. Nevertheless, Ms. Simmons refused to stipulate to the District defendants' motion to join SCCOE's Motion to Dismiss.

3. To the extent (1) Ms. Simmons served essentially the same complaint on the District defendants as she filed on SCCOE; and (2) the District defendants intend to file the exact same 12(b)(6) motion in response to the recently served complaints, it make sense to have all of the defendants heard in one hearing. I believe joining the District defendants to the Motion to Dismiss that is already on file will serve judicial economy as well as convenience for the litigants.

4. I do not believe Ms. Simmons will be prejudiced in any way by the joinder of the District defendants to SCCOE's motion. Specifically, Ms. Simmons would only need to prepare one opposition motion and would only need to appear in Court once on this issue. This last point is particularly apt since Ms. Simmons lives in Capitola, California and relayed to me in a previous telephone conversation that she intended to utilize a Greyhound bus to travel to the recently vacated case management conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and if called as a witness could competently testify thereto.

Executed on 18th of December, 2007, in San Jose, California.

_____
Matthew J. Tamel

-2-

## PROOF OF SERVICE BY MAIL

I, the undersigned, say:

I am now and at all times herein mentioned have been over the age of 18 years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 1960 The Alameda, Suite 210 San Jose, California, 95126-1493. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served copies of the attached **DECLARATION OF MATTHEW TAMEL IN SUPPORT OF DEFENDANT "ALL 10 DISTRICTS" ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 7-11 FOR AN ORDER ALLOWING DISTRICT DEFENDANTS TO JOIN DEFENDANT SANTA CRUZ COUNTY OFFICE OF EDUCATION'S 12(B)(6) MOTION TO DISMISS COMPLAINT SCHEDULED TO BE HEARD ON JANUARY 14, 2008** by placing said copies in envelopes addressed to:

Roberta Simmons                                                 Pro Se Plaintiff
900 Capitola Avenue, Apt. #4
Capitola, CA  95010

which envelopes were then sealed and, with postage fully prepaid thereon, were on December 18, 2007 placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California on the above-referenced date in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on December 18, 2007.

Patricia Rahn

Case Number:  C07-04064-PVT
Case Name:  Simmons v. Santa Cruz County Dept. of Education, et al.

{NDKY Main\2543\71588\POS\00100786.DOC}

MARK E. DAVIS – BAR NO. 79936
MATTHEW TAMEL – BAR NO. 229378
NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, CA  95126
Phone:  408.244.2166
Fax:       408.244.7815


Attorneys for Defendant, SANTA CRUZ
COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA E. SIMMONS<br><br>Plaintiff,<br><br>vs.<br><br>SANTA CRUZ COUNTY DEPT. OF EDUCATION, AND ALL 10 DISTRICTS<br><br>Defendants. | No.  C07 04064 PVT<br><br>**[PROPOSED] ORDER ALLOWING DISTRICT DEFENDANTS TO JOIN DEFENDANT SANTA CRUZ COUNTY OFFICE OF EDUCATION'S 12(B)(6) MOTION TO DISMISS**<br><br>Courtroom:  8<br>Judge:          Judge James Ware<br>Filing Date:  December 18, 2007<br>Motion Date: January 14, 2008 |

Defendants North Santa Cruz SELPA, Scotts Valley Unified School District, Live Oak School District, Mountain Elementary School District, San Lorenzo Valley Unified School District, Soquel Union Elementary School District, Santa Cruz City School District, Bonny Doon Union Elementary School District and Pajaro Valley Union School District (Collectively, "District Defendants") motion to join defendant Santa Cruz County Office of Education's Rule 12(b)(6) Motion to Dismiss set to be heard on January 14, 2008, was filed on December 18, 2007.

After considering the moving papers, the opposition papers of plaintiff in pro per, and all other matters presented to the court, it is hereby ordered that:

1. The District defendants' motion to join defendant SCCOE's 12(b)(6) Motion to Dismiss set to be heard on January 14, 2008, is granted.

IT IS SO ORDERED.

DATED:

_____
THE HONORABLE JAMES WARE,
JUDGE OF THE UNITED STATES
DISTRICT COURT