MARK E. DAVIS – BAR NO. 79936
MATTHEW TAMEL – BAR NO. 229378
NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax: 408.244.7815

Attorneys for Defendant, SANTA CRUZ
COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA E. SIMMONS<br><br>Plaintiff,<br><br>vs.<br><br>SANTA CRUZ COUNTY DEPT. OF EDUCATION, AND ALL 10 DISTRICTS<br><br>Defendants. | No. C07 04064 PVT<br><br>DECLARATION OF MATTHEW J. TAMEL IN SUPPORT OF DEFENDANTS' REPLY REGARDING SCCOE'S 12(B)(6) MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE 12(E) MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO DISQUALIFY PLAINTIFF, A NON ATTORNEY, FROM PROSECUTING THIS ACTION ON BEHALF OF "36 DISABLED CHILDREN"<br><br>Courtroom: 8<br>Judge: Judge James Ware<br>Date: January 14, 2008 |

I, MATTHEW J. TAMEL, declare that:

1.  I am attorney at law duly licensed to practice before all courts in the State of California and am an associate in the firm of Needham, Davis, Kepner & Young LLP, attorneys of record for Santa Cruz County Office of Education ("SCCOE"), the North Santa Cruz SELPA, and the ten District defendants (collectively, "District Defendants").

2.  On December 18, 2007, the District defendants filed an administrative motion with this court for an order to join which would allow the District defendants to join

-1-

1  defendant SCCOE's 12(b)(6) Motion to Dismiss. As of the date of this Declaration, the
2  District defendants have not received word whether they will be allowed to join SCCOE's
3  Motion to Dismiss at the January 14, 2008, hearing. In any event, defendants are unaware
4  of plaintiff having filed a written objection to the Motion to Join. In an abundance of
5  caution, I have prepared a responsive brief regarding the 12(b)(6) motion to dismiss on
6  behalf of the District defendants as well as the SCCOE.

7  3.   I believe plaintiff's opposition to SCCOE's 12(b)(6) motion was due on
8  December 24, 2007. As of this date, I have not received any opposition papers from the
9  plaintiff. However, on December 26, 2007, I did receive an electronic notice from the court
10 indicating that plaintiff had sent a letter to Judge Ware. No document was attached to the
11 electronic notice. Furthermore, as of the date of this Declaration, I have not received a
12 copy of the letter sent to Judge Ware. I am unaware, therefore, whether the letter sent by
13 the plaintiff to Judge Ware was in opposition to the defendants' 12(b)(6) motion.

14 4.   On December 27, 2007, I drafted a letter to the plaintiff explaining that ex
15 parte communications with the court were improper. I also requested that the plaintiff send
16 a copy of the letter that she sent to Judge Ware for my attention. To date, I have not
17 received a response to my December 27, 2007 letter. *Attached hereto as Exhibit A is a*
18 *true and correct copy of my December 27, 2007 correspondence to the plaintiff.*

19 5.   I believe the defendants' reply was due on December 31, 2007. However, I
20 was unable to file the reply brief on this date because (1) I was awaiting either an
21 opposition brief; or (2) a response to my December 27, 2007 correspondence to the
22 plaintiff. I apologize to the court and to the plaintiff for any inconvenience caused by the
23 tardiness of this reply brief.
24 ///
25 ///
26 ///
27 ///

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct, and if called as a witness could competently testify thereto.
3  Executed on ___3RD___ of January, 2008, in San Jose, California.

4
5  _____
   Matthew J. Tamel
6

-3-

## PROOF OF SERVICE BY MAIL

I, the undersigned, say:

I am now and at all times herein mentioned have been over the age of 18 years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 1960 The Alameda, Suite 210 San Jose, California, 95126-1493. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served copies of the attached **DECLARATION OF MATTHEW J. TAMEL IN SUPPORT OF DEFENDANTS'** *REPLY* **REGARDING 12(B)(6) MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE 12(E) MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO DISQUALIFY PLAINTIFF, A NON-ATTORNEY, FROM PROSECUTING THIS ACTION ON BEHALF OF "36 DISABLED CHILDREN"** by placing said copies in envelopes addressed to:

Roberta Simmons
900 Capitola Avenue, Apt. #4
Capitola, CA  95010

which envelopes were then sealed and, with postage fully prepaid thereon, were on January 3, 2008 placed for collection and mailing at my place of business following ordinary business practices.  Said correspondence will be deposited with the United States Postal Service at San Jose, California on the above-referenced date in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on January 3, 2008.

_____
Patricia Rahn

Case Number:  C07-04064-PVT
Case Name:  Simmons v. Santa Cruz County Dept. of Education, et al.

EXHIBIT A



1960 The Alameda, Suite 210 • San Jose, CA 95126

Phone 408 244-2166 • Fax 408 244-7815 • www.ndkylaw.com

Attorneys at Law

Matthew Tamel
Direct Dial No.: 408-261-4245
Mtamel@ndkylaw.com

December 27, 2007

Roberta E. Simmons
900 Capitola Avenue, #4
Capitola, CA  95010

    Re:    <u>Simmons v. Santa Cruz COE, et al.</u>
            Our File No.:   2543.71588

Dear Ms. Simmons:

    We have just received a "Notice of Case Activity" from the court indicating that Judge Ware received a letter from you dated December 21, 2007.  We have not yet received a copy of this letter.  Please be advised that writing to the court pertaining to this case without sending us a copy of the same writing is considered an "ex parte" communication with the court.  Ex parte communications with the court are not allowed.  We would therefore appreciate your forwarding me a copy of the December 21, 2007, letter as well as the December 19, 2007, letter pertaining to the NAACP.  Both of these letters were filed by the court on December 26, 2007.

    In the future, a copy of any communication you send to the court must also be sent to our office.

    Your anticipated attention to this matter is appreciated.

                              Very truly yours,

                              NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

                              Matthew Tamel

{NDKY Main\2543\71588\LETTER\00105090.DOC}