*For File.*

FILED

2008 JAN 10 A 8:39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

C 07-04064 JW
Roberta E. Simmons
900 Capitola Ave., #4
Capitola, Ca. 95010
831-477-0837

Jan. 6, 2008.

nc

28/Rm

U S District Court
Northern California District
280 South First Street, Rm. 2112
San Jose, CA. 95113-3095

Attention: Judge James Ware.

<u>Petition</u>: A formal request to

a superior, or to one in Authority,
for some privilege, right or benefit,
etc. [Websters Dictionary]

Dear Judge Ware.

I selected the word Petition
carefully. I was NOT/I am not
prepared to fight over old
California Laws.

I did not see a need to do so.
We are all suppose to Protect
Children.

There is a serious danger to
the young children that can be
Avoided. I began with a simple
Request for "preventive medicine",
A New School Bus Service, to
Replace 9 Family cars in
car-pools to Seaside, California.

I had no idea that Adult,
Educated, Christian people would
put forth such an all-out effort
to Avoid giving safe transportation
to young children.

Why are PhD people saying

No to children who cannot even read?

Why are professional, educated people

All trying to scrape the bottom of

the barrel, trying to prevent my

simple petition from reaching the

level of, "Under Consideration",

before a US District Judge?

I am a 76 yr. old Black grandmother.

My only grandchild is one of the 36

disabled children who need safe

School Bus Service to school.

* No home pickups needed.    *

I have followed All the instructions

for over a year. A year that has

C 07-04064 JW

Lead me into Active-Live-hostile discrimination. Here in California.

We have had years of LEGAL Discrimination, based on one group of people being "Colored", and discrimination against people from EASTERN countries, and even discrimination against people from Mexico.

Now we have discrimination against young disabled children. Children who need more specific individual help than was provided to them in the public school system, or even in the private General Education schools they all tried.

They are the children who
failed 3rd grade reading exams,
AGAIN. Each child has had
the experience of being,
The child Left behind.

"They can Learn well, but
they Learn well differently." Chartwell
school.

They are the children who fell
throught the cracks in previous
years. Kids who were passed
on to the next grade because of
their age, Not due to their Ability
to read or do basic math. Many
spent years in the Dumb-Dumb room.
One such student wrote about her
life in those rooms.

She wrote about being sent out of the room when her class was doing reading + math homework, because she was not able to read or do the math homework. In the "Special Ed Room" one teacher noticed her outstanding art talent. There after she did Art work, murals all over the school, while her classmates did reading and math. Thus she was passed from one grade to the next, until she was in the 6th grade. See Her Story, <u>Growing up with Dyslexia</u>. a portion is Attached here. She is my ortho doctor. A white upper income family, in San Jose, 1970's.

We do not know what happened to the other students in those Special Education Rooms.

It was before I DEA 2004.

2007: The Petition was written to meet a need, A need that the parents From Nine (9) different zip codes in Santa Cruz County could not discuss because they did not Know each other. Therefore, they had not had the opportunity to address their mutual Need As A group. A few in each zip code formed their car-pools to transport their kids to Chartwell school in Seaside. 40 + miles each way.

The petition is asking for a school bus route to be established. A Route with 4 bus stops in the Santa Cruz County, For @ 36 children. They are all Legally Disabled Persons, However, we are Not asking for any home pickup service. Parents and Grandparents will deliver them to their School bus stop and meet them on their return home. The same system that is done all over the county for disabled and Non-disabled children.

The petition is asking for School bus service with bus stops →

in The city of Scotts Valley,

in The city of Santa Cruz,

in The city of Aptos, and

in The city of Watsonville.

The Big Yellow School bus

would then take the children

to their Special Education School,

The Chartwell School, in Seaside, CA

The only school on the Central

Coast of California that

specializes in teaching children

with dyslexia and the

related disabilities. The AKA

Learning Disabilities, covered

by IDEA-2004 And The NCLB Act

And updated IDEA-2006.

The guidelines used for writing

The Petition were sent to me by

The State of California,

Dept. of Education –

Special Education Division. Sec. 300.456 :
(Authority: 20 U.S.C. 1912(a)
(10) CA).

Sacramento, CA. 95          Copy inc.

Please advise me if I have failed

to understand those printed guidelines.

However, if the petition is correct,

please instruct the Santa Cruz

County's ten School Districts to

establish a school bus route service

for the disabled children who must

Attend Chartwell School in Seaside, CA.

Thank you very much.

Sincerely,

Roberta E. Simmons, Jan. 06, 2008.

File
Copy

Feb. 16, 2007.

# GRANDPARENTS

Which Bus stop is Best

For your Grandchild?

Just Check Box + Add zip.

☐ Scotts VAlley. Child's zip_____

☐ SANTA CRUZ (city) Child's zip_____

☐ APTOS        child's zip._____

☑ Watsonville  Child's zip 95076

Please Sign your name + if ok, your

phone Number.

Mrs. Roberta E. Simmons
Apt. 4
900 Capitola Ave.
Capitola, CA 95010

Thank You.
Grandma Roberta
831-477-0837
900 Capitola Ave., #4
Capitola, CA. 95010

# List of SCC Students Going to Chartwell Special Education School.

| Home zip | Age | Birth yr. |
|---|---|---|
| 95003 ✔ | 10 | 1997 |
| 95003 | 11 | 1996 |
| 95003 | 9 | 1998 |
| 95003 | 9 | 1998 |
| 95003 | 10 | 1997 |
| 95005 | 13 | 1994 |
| 95010 | 14 | 1993 |
| 95019 | 12 | 1995 |
| 95060 | 14 | 1993 |
| 95060 | 14 | 1993 |
| 95060 | 13 | 1994 |
| 95060 | 16 | 1991 |
| 95060 | 15 | 1992 |
| 95060 | 14. | 1993 |
| 95060 | 12 | 1995 |
| 95060 | 13 | 1994 |
| 95060 | 13 | 1994 |

9

Mrs. Roberta E. Simmons
Apt. 4
900 Capitola Ave.

SANTA CRUZ → Senior → Con't →

from Book; Growing up With Dy slex A

developed into four-legged frogs that we eventually released in our backyards. I remember for many summers after the sound of bullfrogs bellowing their breeding songs in the balmy starlit night air.

## Sixth Grade; My Diagnosis

C - 07-04064
JW

There was only one possible portion of the school left to paint by sixth grade. That was the cafeteria. I designed a large undulating wave that circled around all four walls. It did not take me more than six weeks to complete, then unfortunately I was back struggling with math and reading again. In the extended break from such pursuits both my teachers and I noticed a change in my ability to organize numbers. We were learning formulas in math attempting to string together long combinations of numbers being added, subtracted, and divided using parentheses. I was almost tracking with these concepts until they threw in symbols from English and reading. I could never make the numbers work out to match the correct answers that were provided in the back of our books. I would spend hours at my desk at home trying to understand this foreign language. My left-brain was still closed for business and no one knew when it might decide to start firing.

One day in class, I decided to approach math like I did a drawing. I began looking at the numbers and the concepts behind the numbers as pictures. As I did so I started coming up with the correct answers but was not using the formula that was provided in the book. At first, *I* did not even know what I was doing. I would just look at the numbers; squint my eyes and the correct answer would appear in my mind. I found this amazing. Me, coming up with the correct numbers every time? My homework papers started coming back with As and Bs instead of Ds. The teacher became suspicious and thought I was getting some kind of help at home. She called me over to her desk during math homework period. She sat me down and handed me a sheet with some math problems on them and asked if she could watch me complete the assignment. So, I went to work, looking at the problem, squinting my eyes and writing down the first numbers that came into my head. No long hand writing or showing my work, just the answer. When I was finished, she compared the answers to the teacher's textbook and looked at me *amazed.* "How did you come up with these? She asked. I took a deep breath and told her that I really had no idea, they just pop into my mind and I write them down. There was not much else to be said.- I guessed.

One night I was helping mom fix dinner with the T.V. playing in the family room broadcasting a Network evening news show. We were busy and not paying much attention until they started with an

41

"up close" piece on learning disabilities. I immediately became transfixed, left the kitchen and sat on the floor just inches from the screen. The reporter started off by reporting the incidence and prevalence of all kinds of learning disabilities and how they are affecting public education. She then broke to a family interview, discussing the effects it was having on their children and home life. Then they did something really strange; they took the story from a "behind your eyes perspective" on how a kid who has Dyslexia sees the world - particularly numbers, letters, math, and reading. At that point I remember tears filling my eyes. My life was being nationally broadcast on the evening news. To this day when I am presented with a truth my body responds with tingling or tearing. At this stage in my energetic development I only had the capacity to manage the tears.

It was over all too soon, but for me long enough to finally be presented with the answer to all of my scholastic frustrations. I practically went up and kissed the T.V. screen and shouted to my mother (who was only a few yards away) "I want to be tested, I have *Dyslexia!*" After the three days of intense testing that was provided by the public school system at my parent's request, my folks and I met with the school psychologist and special education coordinator. I remember this meeting well, it was the first time both of my parents ever showed up at school during regular work hours. We were informed that I had an above average I.Q. and fairly *profound* Dyslexia. Mine was more like an aphasia where I could perceive individual digits and characters correctly, but could not store them in the normal organized neural tracks in my brain. So therefore, when I went to retrieve information, I essentially could not find where it was stored and could not speak, or write it correctly. When I read, I would see words that were not there and have a selective blindness to words that were. I also flipped and/or reversed individual characters in my mind during processing. This made it impossible for me to even see my own spelling mistakes. To my own perception, I did not have the capacity to remember what the correctly spelled word even looked like. This is why I could spell the same word six different ways on one sheet of paper and not be able to identify it.

All of a sudden so much of my history began to make sense. I was *not* lazy even though I handed in work that had so many spelling mistakes I would always earn a low grades, even though I received consistent handwritten comments by the teacher (usually in red marker), "excellent content, poor spelling and grammar." It never seemed to matter how hard I tried, the outcome was always the same. I learned to not expect good grades, but somehow I also learned never to quit or give up trying either. I was learning hard-headedness, a trait that would eventually get me through this

"educational system." All I wanted to do in life was to get good grades like my cousins so I could be a veterinarian. I could not stand another family get together at my Aunt Janet and Uncle Dick's home where somehow the conversation would always get around to how well all the kids were doing in school, as my Aunt was handing out Paul's, David's, Jimmie's and Cathy's report cards to be circulated. My brother Mike and I would cringe and sink deeper in our chairs. Mike did not have my problems in school; school just did not interest him and therefore he did not get great grades either. However, my four cousins on the other hand all seemed to be geniuses. They were reading at three years of age and all started kindergarten at the age of four rather than the usual age five. They got nothing but A's in all of their classes and all studied music on some instrument or another. We were the family morons, and everybody knew it.

When I was finally diagnosed as having a *real problem* I felt an immediate sense of peace. It was no longer my fault. I was not lazy like everybody seemed to be implying, I was not dumb or stupid because I had a high I.Q. score. No, I had this "problem" with my brain that made me different than the other kids, something that I had already known. The psychologist started rattling off characteristics of Dyslexics.

In early childhood:
    Trouble learning nursery rhymes (I have never learned them even to this day)
    A lack of appreciation of rhymes
    Mispronounced words
    Difficulty learning (and remembering) names of letters
    Failure to know the letters in his or her name

In Kindergarten and first Grade:
    Failure to understand that words come apart, and that words can be broken
        down and sounded out
    Inability to associate letters with sounds
    Reading errors that show no connection to the sound of the letters
    The inability to read common one-syllable words or to sound them out
        even the simplest words such as *mat, cat, the, hop, nap*
    Complaints about how hard reading is, or running or hiding when it came
        time to read
    A history of reading problems in siblings or parents

As if the physiologist was reading my life story in these lists he also mentioned some of the strengths in higher-level thinking processes.

- Curiosity
- A great imagination
- The ability to figure things out
- Eager to embrace new ideas
- Getting the gist of things quickly
- A good understanding of new concepts
- Surprising maturity
- A large vocabulary for the age group
- Talent at building models and three-dimensional thinking
- Excellent comprehension of stories read or told to the child

From second grade on:
Mispronunciation of long, unfamiliar, or complicated words
Speech that is not fluent
The use of imprecise language, such as vague references to *stuff*
Not being able to find the exact word, mixing up *tornado* for *volcano*
The need for time to summon an oral response or the inability to come
   up with a verbal response quickly when questioned
Difficulty in remembering isolated pieces of verbal information (rote
   memory) – trouble remembering dates, names, telephone numbers

Problems with reading:
Very slow progress in acquiring reading skills
Lack of strategy to read new words
Trouble reading *unknown* words that must be sounded out
Making wild stabs or guesses at reading a word; failure to sound them out
Inability to read small "function" words such as *that, an, in, as*
Omitting parts of words when reading
Terrific fear of reading out loud
Oral reading filled with substitutions
Disastrous spelling, with words not resembling true spelling
Trouble reading mathematics word problems
Lowered self-esteem, with pain not always visible to others

Again the evaluator chimed in to add, "In addition to phonologic weakness, there   are signs of strengths in higher-level thinking processes:"

- Excellent thinking skills: conceptualization, reasoning, imagination,
     abstraction
- Learning that is best accomplished through meaning rather than
     rote memorization
- High level understanding of what is read *to* the child
- A surprisingly sophisticated listening vocabulary
- Excellent in areas not dependent on reading, such as math (that did not
     fit me), computers, visual arts, philosophy, biology, social studies,
     neuroscience, and creative writing

Now that it was decided what I had, I wanted to know how to fix it. The counselor proceeded to tell my parents (and me) not to expect me to get into college, I should set my sights on a career in the trades; I would make a great baker, artist, house cleaner, or stay-at-home mom. It was as if I were hearing my life pass before me. I had no interest in any of these pursuits. Through my experiences with sick animals I had already decided that I was going to pursue a career in the field of medicine, and that would require that I be able to get through a whole lot of school. I blurted out, "Do any dyslexics go to college, have they're ever been any that have actually *succeeded* in life?" For the first time in our all-afternoon meeting he looked at me like an adult though, his smirk was unmistakable. I think at that point he stopped feeling sorry for me. He then rattled off a list of known dyslexic "successes".

- Alexander Graham Bell
- Thomas Edison
- Albert Einstein
- Michael Faraday
- Pierre Curie, *Physicist (1903 Nobel Prize)*
- General George Patton
- Richard Branson, *Founder of Virgin Enterprises*
- John T. Chambers, *CEO Cisco System*
- Henry Ford
- William Hewlett, *Co-Founder of Hewlett-Packard*
- David Neeleman, *CEO JetBlue Airways*
- Paul J. Orfalea, *Founder of Kinko's*
- Charles Schwab
- Ted Turner
- F.W. Woolworth
- Walt Disney
- Winston Churchill

\* Dr. Janine Tatty, Watsonville

From: RES [res@cruzio.com]
Sent: Thursday, November 15, 2007 11:52 AM
To: 'usa5138@fedexkinkos.com'
Subject: DESCRIPTION OF THE CASE #1
THIS IS A PRINTING ORDER FOR ROBERTA E. SIMMONS. res@ cruzio.com

THANK YOU. 831-477-0837. ROBERTA E. SIMMONS.

*C-07-04064 JW*

*File Copy*

---

U S DISTRICT COURT, NORTHERN CALIFORNIA DISTRICT.; JOINT CASE MANAGEMENT STATEMENT.

## DESCRIPTION OF THE CASE:

1.  Because @ 36 young children with learning disabilities must attend a
2.  a private, special education school program, school that is about 40 miles
3.  from home, the Plaintiff, grandmother to one of the children, asked the
4.  ten Santa Cruz County school districts to provide school bus service for
5.  the children. The children are all residents of Santa Cruz County and
6.  they are scattered over nine zip codes. Home pick-up is not needed.
7.  They are ages 9-to-15, so just a bus route with four school bus stops
8.  in Santa Cruz County is needed. From Scotts Valley to Watsonville,
9.  then directly on to the CHARTWELL SCHOOL IN SEASIDE, CA.
10. The ten Santa Cruz school districts special education directors have
11. said "NO", to the year-long request for school bus service.
12. The two Special Education Directors cite the fact that the parents
13. placed their children in the only school on the Central Coast that

**PAGE 2.**

1.  specializes in teaching children with DYSLEXIA and related learning
2.  disabilities. Their parents pay the tuition. We are only asking for one
3.  BIG YELLOW SCHOOL BUS, WITH PROFESSIONAL BUS DRIVERS.

4.    Currently the children are transported via car-pools driven by their

5.    Parents and Grandparents, on Highway 1, 40 miles each way, twice a day.

####################################

**PART 2 OF THE DESCRIPTION OF THE CASE:**

1.    This petition to the U S District Court is made after a full year of writing

2.    to every authority for education in the Santa Cruz County, The State

3.    Department of Education and The U S Department of Education. The last

4.    sent to President George Bush resulted in an undated printed copy of

5.    changes in the Federal laws regarding children placed in private schools

6.    by their parents. Effective 2006, those changes transferred responsibility

7.    to the public school districts where the private schools were located.

**PAGE 3.**

1.    This petition had already been written when those changes arrived here.

2.    They were forwarded to the Monterey County Public School system where

3.    The Chartwell Private, Special Education School Program School is located.

4.    The response was hostile and it is an issue for the U S Court Judges to

5.    address, when this petition is before the Court.

6.    THE PRINCIPAL FACTUAL ISSUES are the Federal Funds sent to the

7.    State of California under the IDEA of 2004 Law for helping with the

8.    education of disabled children do not reach disabled students who are

9.    placed in Private Special Education Schools by their parents. Each of

10.   the children this petition is for are legally disabled persons. Our local

11.   Public Schools failed them and Our local Private General Education

12.   Schools failed them all. When they could not pass the third grade

13.   reading exam they had no place to go, except to a school that

14.   specialized in teaching children with Dyxlexia.

## PAGE 4.

#3   THE PRINCIPAL LEGAL ISSUES WHICH THE PARTIES DISPUTE.

1.   A.) The decision-making authority over the education of a minor child;

2.        The biological-authority of the parents v the fiscal-minded educated

3.        public school districts' authority to discriminate between different

4.        types of disabilities.  Which students will receive the very best

5.        accommodations for their disability and which students will receive

6.        the "good-enough", part-time tutoring and / or the dumb-dumb rooms

7.        that do nothing to educate the child, just waiting until he ages out.

8.   B.)   THE BAY SCHOOL, in the city of Santa Cruz, is for students with Autism .

9.        THE CHARTWELL SCHOOL, in the city of Seaside, is for students with Dyslexia.

10.        Both of the above schools are Private Special Education Schools. Both are

11.        the very best for the disabilities they specialize in.  However, in practice,

12.        The Public School Special Education Directors place students in The Bay School

AND

13.        The Public School Special Education Directors refuse school bus service to Chartwell,

14.        even after their special education-tutoring for 18 months failed to teach a Dyslexic

15.        student to read well enough to pass a repeated 3rd grade reading program.

PAGE 5.

Con't. of number 3

1.    SPECIAL EDUCATION DIRECTORS   WROTE THEIR REASONS:

September 29, 2006, Pajaro Valley Unified School District,

Ms. Evelyn Clancy wrote to the Plaintiff,

"...SINCE YOUR GRANDSON WAS VOLUNTARILY PLACED AT CHARTWELL BY HIS PARENTS AND NOT PLACED THERE BY THE SCHOOL DISTRICT, YOUR REQUEST FOR TRANSPORTATION HAS BEEN DENIED." ( request was for bus service for all Chartwell students.)

2.    March 20, 2007, the NORTH SANTA CRUZ COUNTY SELPA DIRECTOR,

Dr. Eileen Bunch wrote to the Plaintiff, ( who was seeking bus service for 36 students )

"...IT IS THE POLICY OF THE DISTRICTS IN THE NORTH SANTA CRUZ SELPA TO PROVIDE ...ONLY...SPEECH SERVICES TO STUDENTS WHO QUALIFY AND ...ATTEND PRIVATE SCHOOLS."

ON FEB. 21, 2007, DR. BUNCH WROTE, " THE SANTA CRUZ COUNTY COE WILL NOT PROVIDE TRANSPORTATION TO STUDENTS ATTENDING CHARTWELL SCHOOL."        END.

*Roberta E. Simmons, 11-15-07.*

disabilities.



# Chartwell School

2511 Numa Watson Road, Seaside, CA 93955 · Tel 831.394.3468 · Fax 831.394.6809 · www.chartwell.org

June 6, 2007

Mrs. Roberta Simmons
900 Capitola Avenue #4
Capitola, CA 95010

Dear Mrs. Roberta Simmons:

I understand that you are interested in and have been working towards getting a school
bus from Santa Cruz to Chartwell School. Whereas your efforts are notable, and I admire
your persistence, I'm afraid that I am unable to assist you in this effort. Therefore, I am
returning the information and postage you sent me. If you are interested in getting this to
the Santa Cruz families, your son has a roster of the students who attend Chartwell
School. I am unable to send you a roster since you are not a parent and this does not
involve Chartwell School business directly.

Thank you for your understanding regarding this situation,

*Nora Lee*

Nora Lee
Head of School

*Because not all great minds think alike*



Chartwell School is a non profit 501(c)(3) corporation · Tax ID#77-0119013

U S DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ~~RECEIVED~~

280 FIRST STREET, ROOM 2112

2007 DEC -5 PM 1:47

SAN JOSE, CALIFORNIA 95113-3095

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DECEMBER 3, 2007

REFER TO:  ORDER DENYING PLAINTIFF'S APPLICATION      .

TO PROCEED IN FORMA PAUPERIS.

CASE NUMBER : CO 7-~~0464~~ JW.
4064

DEAR JUDGE JAMES WARE.

THANK YOU FOR ALLOWING ME TIME TO ACQUIRE THE

$350.00  FILING FEE.  SINCE IT IS MY BIRTHDAY WEEK   — 12-07-07 .

MY FAMILY DONATED THE FILING FEE. A BANK CHECK

IS INCLOSED.

SINCERELY, *Roberta E. Simmons* , 12-03-07 .

ROBERTA E. SIMMONS,  831- 477-0837

900 CAPITOLA AVE. APT. 4

CAPITOLA, CA. 95010-3095

Con't.

M.C. Roberta E. Simmons
Apt. X
900 Capitola Ave.
Capitola, CA 95010-2176

# Con't List of SCC Student

## Going to Chartwell Special Ed. School.

| HOME ZIP | AGE | Birth Year |
|---|---|---|
| 95062 | 12 | 1995 |
| 95062 (Live Oak) | 12 | 1995 |
| 95062 | 11 | 1996 |
| 95062 | 13 | 1994 |
| 95062 | 13 | 1994 |
| 95062 | 9 | 1998 |
| | | |
| 95066 | 15 | 1992 |
| 95066 | 10 | 1997 |
| 95066 | 9 | 1998 |
| 95066 | 13 | 1994 |
| 95066 | 12 | 1995 |
| | | |
| 95073 > APTOS | 14 | 1993 |
| | | |
| 95076 | 12 | 1995 |
| 95076 | 8 | 1999 |
| 95076 (PVUSD) | 15 | 1992 |
| 95076 | 11 | 1996 |
| 95076 | 12 | 1995 |
| 95076 | 13 | 1994 |
| 95076 | 10 | 1996 |
| 95076 | 8 | 10 | 09/26/1996 →



Legal Discrimination-1906

C-07-04064 JW

SCHOOLS

INITIUM VITAE SPES.

MOBILE PUBLIC SCHOOLS FOR COLORED PUPILS.

CERTUM DILIGENTIBUS PREMIUM

BROAD STREET ACADEMY.

THIS DIPLOMA

HAS BEEN AWARDED to ⁕ Corrine Elizabeth Valentine

in approbation of Regular Attendance, Diligent Application and Uniform Good Conduct and in testimony of having completed the Prescribed Course of Instruction in this School.

Scholarship _____ Class _____

Mobile, Alabama, May 31, 1906

Principal of the High School

Superintendent

Members of Board

Secretary

⁕ My Grandmother = Roberta Elizabeth Simmons.

# Mendez v. Westminster

*@ California History of Discrimination*

From Wikipedia, the free encyclopedia

*Example:*

***Mendez v. Westminster School District***, 64 F.Supp. 544 (C.D. Cal. 1946), *aff'd*, 161 F.2d 774 (9th Cir. 1947) (en banc), was a 1947 federal court case that challenged racial segregation in Orange County, California schools. In its ruling, the United States Court of Appeals for the Ninth Circuit, in an *en banc* decision, held that the segregation of Mexican and Mexican American students into separate "Mexican schools" was unconstitutional.

## Contents

- 1 Background
- 2 The appellate ruling
- 3 Legacy
- 4 See also
- 5 Sources
- 6 References
- 7 External links

# Background

On March 2, 1945, five Mexican-American fathers (Gonzalo Mendez, Thomas Estrada, William Guzman, Frank Palomino, and Lorenzo Ramirez) challenged the practice of school segregation in the U.S. District Court in Los Angeles. They claimed that their children, along with 5,000 other children of "Mexican and Latin descent", were victims of unconstitutional discrimination by being forced to attend separate "Mexican" schools in the Westminster, Garden Grove, Santa Ana, and El Modena school districts of Orange County. Senior District Judge Paul J. McCormick, sitting in Los Angeles, presided at the trial and ruled in favor of Mendez and his co-plaintiffs on February 18, 1946, finding segregated schools to be an unconstitutional denial of equal protection. The school district appealed. Several organizations joined the appellate case as *amicus curiae*, including the NAACP, represented by



**Pajaro Valley Unified School District**
**SELPA/Special Services Department**

294 Green Valley Rd., Watsonville, CA 95076     (831) 786-2130    Fax: (831) 728-8107

September 29, 2006

Roberta E. Simmons
900 Capitola Ave, #4
Capitola, CA 95010

Dear Mrs. Simmons:

You have contacted numerous administrators in our school district via telephone and e-mail from both the SELPA/Special Services Department and the Transportation Department. You have requested transportation for your grandson who apparently lives in our school district but has always attended private schools and currently is enrolled at Chartwell School in Seaside. The purpose of this letter is to provide you with a written response regarding your request.

Chartwell, as you know, is a private school that serves children who have a wide range of language-related visual and auditory learning challenges. From the information you have provided, it appears that your grandson has been enrolled in Chartwell through parental choice. When a parent voluntarily enrolls a child in private school, all costs associated with enrollment and transportation are the responsibility of the parent. School districts are only responsible for costs associated with private school placement, including transportation, if the school district has placed the child in the private school as part of an Individualized Education Program (IEP). Since your grandson was voluntarily placed at Chartwell by his parent and not placed there by the school district, your request for transportation has been denied.

To be determined eligible for special education, a full psycho-educational assessment must be conducted. Following that assessment, a meeting is convened to determine eligibility. If the student is eligible and already attending a public school, or if the student is attending a private school but the parent is interested in enrolling the student in a public school, an IEP is developed which includes goals specifically designed to meet the unique needs of that student. The services offered through the IEP are based upon the most appropriate setting within which the developed goals can be implemented. Placement in a private or nonpublic school by the school district occurs only when a child has such severe or unique special education needs that they cannot be met within the public school setting. Appropriate programs for students with learning disabilities such as dyslexia are almost always available within the public school system. If following assessment, the parent of an eligible student agrees that the services offered were appropriate, but declines