FILED
2008 JAN 10 P 3:13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

C-07-04064-JW

# Happy New Year To All. 2008.

**FROM:**

Advocates For School Bus Service, Santa Cruz County → Seaside.

29/sem

**PS:** 01-06-08.

US District Court, Northern California District. Calendar, 01-14-08

Dear Clerk of The Court:

I am still incapacitated. Please ask Judge Ware to extend the hearing date. Thank you.

c/o Roberta E. Simmons
900 Capitola Ave., #4
Capitola, CA. 95010
831-477-0837

P's & Misc

C 07-04364 JW

Not For the File:

Clinic M.D. told me I have a torn ligament, must stay off my feet. From my fall, 12-20-08. LES



**FedEx USAirbill Express**

Tracking Number: 8621 6601 0464

C 07-04064 JW

1. From
Date: 01-07-08
Sender's Name: Roberta E. Simmons
Phone: 831-477-0839
Company: Advocates for School Bus Service
Address: 900 Capitola Ave., #4
City: Capitola   State: CA   ZIP: 95010

3. To
Recipient's Name: US District Court
Company: Northern Calif. District
Recipient's Address: 280 S. First St. Rm 2112
Address: San Jose CA,
City: San Jose   State: CA   ZIP: 95113

C 07-04064 JW

MEMO: Wed. AM

Clerk of The Court:
Driving around in the rain with strong pain meds inside leads to lost of memory about details. Like this VIP cover sheet from the FedEx I sent yesterday. 01/08/08 Please attach to the Main Copy. Thank you. Roberta E. Simmons

