UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CIVIL MINUTES

**Judge:** James Ware  
**Date:** 1/14/2008  
**Case No:** C-07-04064 JW  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**Interpreter:** N/A  

### TITLE

**Roberta E. Simmons v. Santa Cruz County Department of Education et al**

**Attorney(s) for Plaintiff(s):** No Appearance made  
**Attorney(s) for Defendant(s):** Matthew Tamel

### PROCEEDINGS

1. Santa Cruz County Dept. of Education's Motion to Dismiss Complaint or in the Alternative 12(E) Motion
2. Santa Cruz County Office of Education's Motion for Joinder of all 10 District Defendants

### ORDER AFTER HEARING

No appearance made by or on behalf of the Plaintiff. The Court took the motion under submission after oral argument. The Court to issue further order on motion.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-Filed**  
CC: