

1960 The Alameda, Suite 210  •  San Jose, CA 95126

Phone 408 244-2166  •  Fax 408 244-7815  •  www.ndkylaw.com

Attorneys at Law

Matthew Tamel
Direct Dial No.: 408-261-4245
Mtamel@ndkylaw.com

February 25, 2008

Roberta E. Simmons
900 Capitola Avenue, #4
Capitola, CA  95010

Re:  Simmons v. Santa Cruz COE, et al.
     Our File No.:  2543.71588

Dear Ms. Simmons:

Enclosed please find the Judgment I have prepared for Judge Ware's signature. Pursuant to California Rules of Court, please notify me if you object to the form of this Judgment within five (5) days from the date of this letter. Following the five day period I will forward this to Judge Ware for signature.

Your anticipated attention to this matter is appreciated.

Very truly yours,

NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

Matthew Tamel

Enclosure

{NDKY Main\2543\71588\LETTER\00109367.DOC}

MEMO:                                Feb. 28, 2008.

Mr. Tamel.

I object to any form of Judgement against my petition. Your defense has been to try and discredit me. A Grandmother.

ie:   My not being a Lawyer.
      My not being a parent. etc.

The court failed to answer my request for more time after I had a fall on Dec. 20, 2007. My left ankle had a torn ligament, I was unable to walk. I am still going to physical Therapy for the left shoulder injury.

Your Professional work has kept young children in the path of danger - in their carpools.

cc x 12                           Roberta E. Simmons

MARK E. DAVIS – BAR NO. 79936
MATTHEW TAMEL – BAR NO. 229378
NEEDHAM, DAVIS, KEPNER & YOUNG, LLP
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax:    408.244.7815

Attorneys for Defendant, SANTA CRUZ
COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA E. SIMMONS<br><br>Plaintiff,<br><br>vs.<br><br>SANTA CRUZ COUNTY DEPT. OF EDUCATION, AND ALL 10 DISTRICTS<br><br>Defendants. | No. C07 04064 PVT<br><br>**JUDGMENT** |

The Court having granted (1) defendants' motion for joinder pursuant to Civ. L. R. 7-11; and (2) defendants' motion to dismiss with leave to amend on January 25, 2008; and (3) plaintiff in pro per having not amended the complaint within the time provided by the Court:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the complaint against defendants Santa Cruz County Office of Education and All 10 Districts is dismissed with prejudice and defendants recover judgment against plaintiff in pro per Roberta Simmons.

///

///

-1-

| | |
|---|---|
| DATED: | _____<br>HONORABLE JAMES WARE<br>DISTRICT COURT JUDGE |

Approved As To Conforming With
The Court's Order:

_____
Roberta Simmons
Plaintiff in pro per

-2-

Judgment
{NDKY Main\2543\71588\PLEADING\00109309.DOC}