United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Roberta Simmons, | NO. C 07-04064 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Santa Cruz County Dep't of Education, et al., | |
| Defendants. | |

Pursuant to the Court's April 18, 2008 Order Dismissing the Action With Prejudice, judgment is entered in favor of Defendants Santa Cruz County Department of Education, all ten districts and Special Education Directors and the Santa Cruz County Office of Education, against Plaintiff Roberta E. Simmons.

Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: April 18, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Matthew Joseph Tamel mtamel@ndkylaw.com
Mark E. Davis mdavis@ndkylaw.com

Roberta E. Simmons
900 Capitola Avenue #4
Capitola, Ca 95010

**Dated: April 18, 2008**                                **Richard W. Wieking, Clerk**

                                                         **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**